UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGIONAL SCHOOL DISTRICT NO. 9 BOARD OF EDUCATION, | : : : | |
| v. | : : | CASE NO. 3:07-CV-01484 (WWE) |
| MR. and MRS. M., STATE OF CONNECTICUT DEPARTMENT OF EDUCATION. | : : : : | |

## RULING ON DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Regional School District No 9 Board of Education has filed a complaint appealing the administrative decision finding in favor of defendants Mr. and Mrs. M. on behalf of their minor child pursuant to the Individuals with Disabilities Act, 20 U.S.C. § 1415, and asserting a claim pursuant to 42 U.S.C. § 1983 against the State of Connecticut Department of Education.

Defendants have filed separate motions to dismiss.

### DISCUSSION

The State of Connecticut Department of Education argues, inter alia, that the Department of Education is not a proper defendant and that plaintiff cannot prove a due process violation that gives rise to an entitlement to relief. Plaintiff has failed to respond to the Department of Education's motion to dismiss. Absent objection and upon review of the merits of defendant's arguments, the Court will grant the motion to dismiss.

Defendants Mr. and Mrs. M. have also filed a motion to dismiss asserting that plaintiff has failed to exhaust the requisite administrative remedies and cannot assert a section 1983 claim. Defendants argue further that plaintiff cannot bring a claim

pursuant to the state uniform administrative procedure act. Plaintiff has filed an opposition to this motion to dismiss. Defendants' arguments are moot as applied to count two, which is directed only at the Department of Education. To the extent that these arguments apply to count one, they are without merit. Plaintiff has properly brought an appeal of an administrative decision pursuant to 20 U.S.C. § 1415(i)(2). Accordingly, the motion to dismiss will be denied as to count one.

## CONCLUSION

For the reasons set forth above, the Department of Education's motion to dismiss [#11] is GRANTED; the defendants Mr. and Mrs. M.'s motion to dismiss [#14] is DENIED as to count one. The clerk is instructed to terminate the Department of Education as a defendant in this action.

Dated at Bridgeport, Connecticut, this __12th__ day of June, 2008.

/s/
Warren W. Eginton
Senior United States District Judge